UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRICA N. EVANS, }<br>}<br>Plaintiff, }<br>}<br>v. }<br>}<br>MONEY NETWORK FINANCIAL LLC, }<br>et al., }<br>}<br>Defendants. } | Case No.: 2:21-CV-1205-RDP |

### CLERK'S COURT MINUTE ENTRY
### DISMISSAL PURSUANT TO STIPULATION OF PARTIES[1]

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have jointly stipulated to dismissal of this action with prejudice. (Doc. # 25).

The parties **SHALL** bear their own costs and fees.

This case was closed on January 3, 2022 and remains **CLOSED**.

**DATED:  February 22, 2022.**

SHARON N. HARRIS, CLERK

By: /s/ Kevin Lightfoot
Deputy Clerk

---

[1] On January 3, 2022, the court entered its order dismissing this case without prejudice, pending the completion of all settlement documentation between the parties.